UNITED STATES of America, Appellee

v.

Akiuber Ndoromo JAMES, Appellant.

No. 07–3118.

United States Court of Appeals, District of Columbia Circuit.

Feb. 22, 2008.

Roy Wallace McLeese, III, Assistant U.S. Attorney, U.S. Attorney's Office, (USA) Criminal Appellate, Washington, DC, for Appellee.

Akiuber Ndoromo James, Washington, DC, pro se.

Kevin Jesse McCants, McCants & Grigsby LLP, Washington, DC, for Appellant.

BEFORE: GINSBURG, TATEL and GARLAND, Circuit Judges.

### JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the memoranda filed by the parties. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's oral ruling denying ap-

pellant's motion for release pending sentencing be affirmed. Appellant has not satisfied the standard for release pending sentencing. *See* 18 U.S.C. § 3143(a)(1).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.